IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  )
                          )
              v.          )       1:18CR249-2
                          )
LEE MARVIN HARRIS, JR.    )

### ORDER

Upon motion of Defendant for Extension of Time within which to file Pretrial Motions in this matter (Doc. 91), without opposition from the Government, and for good cause shown,

IT IS ORDERED that Defendant's motion is GRANTED. Because the motion seeks an extension of more than 30 days from October 10, 2018, the court treats it effectively as a request to continue to the December 2018 Criminal Term of Court. Thus,

IT IS FURTHER ORDERED that the case be continued to the December 2018 Criminal Term of Court. All pretrial motions shall be filed in accordance with the schedule for the December 2018 Criminal Term of Court. Because the Defendant seeks additional time to investigate the case and prepare for trial, the court further finds that the ends of justice served by the granting of an extension in this matter outweigh the best interests of the public and Defendant in a speedy trial. See Title 18 United States Code, Section 3161 (h)(7)(A). Accordingly, the period of delay occasioned by this extension, from October 10, 2018, to December 3, 2018, shall be excluded from the calculation of speedy trial.

                                        /s/   Thomas D. Schroeder
                                        United States District Judge

October 15, 2018